UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
(HONORABLE LONNY R. SUKO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CR-08-2023-LRS |
| Vs. | ) |
| LENNON HESSDORFER, | ) |
| Defendant. | ) |

Pending before the Court is Defendant Lennon Hessdorfer's Motion to Modify Conditions of Supervision. In the interest of justice and for good cause shown, Mr. Hessdorfer's Motion to Modify is hereby **GRANTED**. Mr. Hessdorfer shall be permitted to continue residing with his sister based on the circumstances surrounding her medical issues.

So Ordered this  20  day of June, 2011

    s/Lonny R. Suko
LONNY R. SUKO
United States District Judge

Notice of Hearing     1

1  Dated:     June 8, 2011

                                Respectfully Submitted,

                                S/ Amy H. Rubin
                                GA 618349
                                Attorneys for Hessdorfer
                                Federal Defenders of
                                Eastern Washington and Idaho
                                10 North Post, Suite 700
                                Spokane, Washington 99201
                                Telephone: (509) 624-7606
                                Fax: (509) 747Email: Amy_Rubin@fd.org

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24